**Order entered May 6, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00360-CV

### RONALD SUTHERLAND, Appellant

### V.

### HEATHER MICHELLE MAUM NEE BEAM, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16303**

## ORDER

Appellant filed his brief on the merits on May 1, 2019. Before the Court is appellant's motion asking this Court to suspend all rules of appellate procedure. Because appellant filed his brief on the same date, we construe the motion as seeking suspension of the rules setting forth the requirements for an appellant's brief. *See* TEX. R. APP. P. 38.1. We **GRANT** the motion **to the extent** that we **SUSPEND** the requirements that the brief include a table of contents, index of authorities, and an appendix. *See id*. 38.1(b), (c), (k).

The Court has reviewed appellant's brief and notes that it is deficient in the following respects:

1.  It does not contain a concise statement of the case, the course of proceedings, and the trial court's disposition of the case supported by record references. *See id*. 38.1(d).

2.     It does not concisely state all issues presented for review.  *See id*. 38.1(f).

3.     It does not contain a concise state of the facts supported by record references.  *See id*. 38.1(g).

4.     The argument does not contain appropriate citations to the record.  *See id*. 38.1(i).

On the Court's own motion, we **ORDER** appellant to file, by **June 6, 2019**, an amended brief correcting the noted deficiencies.  It appears to the Court that appellant does not have access to the clerk's record for purposes of including citations to the record in his amended brief. Accordingly, we **DIRECT** the Clerk of this Court to send a paper copy of the clerk's record to appellant.


/s/     BILL WHITEHILL
        JUSTICE